| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Shannon, Brendan L. | 2. Court or Organization<br><br>U.S. Bankruptcy Court for the District of Delaware | 3. Date of Report<br><br>01/23/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. Bankruptcy Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>824 Market Street<br>Wilmington, DE 19801 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Neighborhood civic association, Welshire Civic Association |
| 2. | Member | Delaware Council for Economic Education |
| 3. | Member | Judicial conference of the United States, Committee on Administration of the Bankruptcy System |
| 4. | Member | National Bankruptcy Conference |
| 5. | Adjunct faculty member | Delaware Law School (formerly Widener University School of Law) |
| 6. | Adjunct faculty member | St. John's University School of Law |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | St. Johns University; salary for teaching graduate clasess at law school as adjunct professor | $7,000.00 |
| 2. 2016 | Delaware Law School (formerly Widener University School of Law); salary for teaching classes at law school as adjunct professor | $2,250.00 |
| 3. 2016 | Matthew Bender, & CompanyInc., contract editor | $1,920.00 |
| 4. 2106 | American Bankruptcy Law Journal, Business Editor | $6,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Administrative Office of U.S. Courts | 9/14/16 - 9/16/16 | Orlando, FL | Court survey | food, transporation, lodging |
| 2. | American Bankruptcy Institute and Georgetown Law School | 9/22/16 | Washington, D.C. | Education | dfood, transportation |
| 3. | National Bankruptcy Conference | 11/10/16 - 11/11/16 | Washington, D.C. | Academic, legislative and policy development | food, transportation. lodging |
| 4. | Bankruptcy Committee of Judicial Conference | 12/7/16 - 12/9/16 | Winter Park, FL | Governance of the third branch of government | food, transportation, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | 01/23/2018 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | 01/23/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | 01/23/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M & T Bank | A | Interest | K | T | | | | | |
| 2. Vanguard Prime Money Market Fund | A | Int./Div. | L | T | | | | | |
| 3. | | | | | Sold (part) | 02/16/16 | J | | |
| 4. | | | | | Sold (part) | 03/11/16 | J | | |
| 5. | | | | | Sold (part) | 03/14/16 | J | | |
| 6. | | | | | Sold (part) | 04/01/16 | J | | |
| 7. | | | | | Sold (part) | 07/26/16 | J | | |
| 8. | | | | | Sold (part) | 08/17/16 | K | | |
| 9. | | | | | Sold (part) | 10/03/16 | J | | |
| 10. Vanguard Intermediate Term Tax Exempt Fund, Admiral Shares | D | Int./Div. | N | T | | | | | |
| 11. | | | | | Buy (add'l) | 01/29/16 | J | | |
| 12. | | | | | Buy (add'l) | 02/29/16 | J | | |
| 13. | | | | | Buy (add'l) | 03/31/16 | J | | |
| 14. | | | | | Buy (add'l) | 04/29/16 | J | | |
| 15. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 16. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 17. | | | | | Buy (add'l) | 07/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | 01/23/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 08/31/16 | J | | |
| 19. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 20. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 21. | | | | | Buy (add'l) | 11/30/16 | J | | |
| 22. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 23. Vanguard Health Care Fund | E | Int./Div. | M | T | | | | | |
| 24. | | | | | Buy (add'l) | 03/16/16 | J | | |
| 25. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 26. Vanguard Total International Stock Index Fund, Adminral Shar | D | Int./Div. | M | T | | | | | |
| 27. | | | | | Buy (add'l) | 06/13/16 | J | | |
| 28. | | | | | Buy (add'l) | 09/12/16 | J | | |
| 29. | | | | | Buy (add'l) | 12/19/16 | J | | |
| 30. Vanguard Total Stock Market Index Fund, Admiral Shares | D | Dividend | O | T | | | | | |
| 31. | | | | | Buy (add'l) | 03/14/16 | J | | |
| 32. | | | | | Buy (add'l) | 06/13/16 | J | | |
| 33. | | | | | Buy (add'l) | 09/12/16 | J | | |
| 34. | | | | | Buy (add'l) | 12/19/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | 01/23/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Prime Money Market Fund, IRA | A | Dividend | K | T | | | | | |
| 36. Vanguard Diversified Equity Fund, IRA | E | Dividend | M | T | | | | | |
| 37. | | | | | Buy (add'l) | 12/28/16 | K | | |
| 38. Vanguard Total International Stock Index Fund, IRA | B | Int./Div. | K | T | | | | | |
| 39. Vanguard Total Bond Market Index Fund, IRA | B | Dividend | L | T | | | | | |
| 40. Fidelity Contrafund | B | Dividend | L | T | | | | | |
| 41. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 42. Fidelity Low Priced Stock Fund | B | Dividend | K | T | | | | | |
| 43. Fidelity Low Priced Stock Fund, IRA | D | Dividend | M | T | | | | | |
| 44. | | | | | Buy (add'l) | 09/16/16 | J | | |
| 45. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 46. Fidelity 529 Education Account 2018 Fidelity Funds (age based) | C | Dividend | L | T | | | | | |
| 47. | | | | | Sold (part) | 10/19/16 | J | | |
| 48. Fidelity 529 Education Account 2018 Fidelity Funds(age based) | C | Dividend | L | T | | | | | |
| 49. Fidelity 529 Education Account 2021 Fidelity Funds (age based) | C | Dividend | L | T | | | | | |
| 50. Rental and vacation property in Monroe County, PA | B | Rent | N | W | | | | | |
| 51. Vanguard Prime Money Market | D | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 09/01/16 | K | | |
| 53. | | | | | Sold (part) | 10/03/16 | J | | |
| 54. | | | | | Sold (part) | 10/21/16 | K | | |
| 55. Vanguard Diversified Equity, IRA (Traditional) | D | Dividend | L | T | | | | | |
| 56. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 57. | | | | | Buy (add'l) | 12/28/16 | J | | |
| 58. Vanguard Diversified Equity, IRA (Rollover) | D | Dividend | L | T | | | | | |
| 59. | | | | | Buy (add'l) | 12/28/16 | J | | |
| 60. | | | | | | | | | |
| 61. Fidelity Contrafund IRA | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shannon, Brendan L. | 01/23/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brendan L. Shannon**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544